

# THE STATE OF TEXAS
MANDATE

TO THE COUNTY COURT AT LAW NO. 2 OF GREGG COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 20th day of March, A.D. 2018, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Kenneth Craig Miller, Appellant

v.

Gregg County, Texas, Appellee

No. 06-17-00091-CV

Trial Court No. 2017-703-CCL2

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to delete the language that "the Plaintiff's claims for injunctive and declaratory relief are denied with prejudice to refiling. The Plaintiff's claims for damages are denied with prejudice to refiling." As modified, the judgment of the trial court is affirmed.

We further order that the appellant, Kenneth Craig Miller, pay all costs of this appeal.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 5th day of June, A.D. 2018.

DEBRA K. AUTREY, Clerk



*Debbie Autrey*